IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES STANLEY WILLIAMS,)
        Plaintiff(s),    ) No. C 05-1275 CRB (PR)
  vs.                                ) ORDER
M. EVANS, et al.,            ) (Docs # 22 & 26)
        Defendant(s).  )

      Per order filed on January 12, 2006, the court found that plaintiff's First Amended Complaint ("FAC") alleging denial of adequate medical care at Salinas Valley State Prison ("SVSP") appeared to state a cognizable claim under 42 U.S.C. § 1983, when liberally construed, and ordered the United States Marshal to serve the named defendants.  Because summons was returned unexecuted as to several of the named defendants, plaintiff promptly moved to correct the name of some of the defendants and for "re-service."  Good cause appearing, plaintiff's motions (docs # 22 & 26) are GRANTED.  The clerk shall issue summons and the United States Marshal shall serve, without prepayment of fees, copies of the FAC in this matter, all attachments and supplements thereto, and copies of this order and all other orders on the following defendants at SVSP:  C. Millnard, M.D. (a.k.a. C. Millner, M.D.); Genie Jones, R.N.; Hoffman, R.N.; and Willis Grillo, M.D. (a.k.a. Tsaac Adetayo Grillo, M.D.).  The clerk also shall serve a copy of this order on plaintiff.

SO ORDERED.

DATED:  April 28, 2006                /s/
                                            CHARLES R. BREYER
                                            United States District Judge